# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ANTONIO LING, #428557**

    Petitioner,

vs.                                                CASE NO. 4:13cv84-MW/CAS

**STATE OF FLORIDA, DEPT. OF CORRECTIONS,**

    Respondent.

_____/

## O R D E R

Petitioner, an inmate proceeding pro se, has filed a petition for writ of habeas corpus pursuant to Title 28 U.S.C. § 2254. Doc. 1. Petitioner has failed, however, to pay the required $5.00 filing fee or, alternatively, to file an application for leave to proceed in forma pauperis (IFP). Review of Petitioner's petition will be deferred until the $5.00 filing fee is paid or an application for leave to proceed in form pauperis is submitted.

Accordingly, it is **ORDERED:**

1. The clerk of court shall forward to Petitioner an application for leave to proceed in forma pauperis.

2. Petitioner shall have until **March 27, 2013,** to either file an application for leave to proceed in forma pauperis, or pay the $5.00 filing fee.

3. Failure to respond to this Order or future orders as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

**DONE AND ORDERED** on February 26, 2013.

 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**